# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Hon. Michael A. Hammer |
| RUBEN DARIEL RODRIGUEZ VENTURA | Mag. No. 23-10228 |

I, Joseph Shapiro, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the United States Department of Homeland Security, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

_____
Joseph Shapiro, Special Agent
United States Department of Homeland Security

Special Agent Joseph Shapiro attested to this Complaint by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A) on June 9, 2023, in the District of New Jersey

Honorable Michael A. Hammer
United States Magistrate Judge

Hon. Michael A. Hammer
Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession of Machine Guns)

On or about June 8, 2023, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**RUBEN DARIEL RODRIGUEZ VENTURA,**

did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(b), namely, approximately fourteen (14) auto sear selector switches.

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO
(Possession of Firearms and Ammunition by a Convicted Felon)

On or about June 8, 2023, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**RUBEN DARIEL RODRIGUEZ VENTURA,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Passaic County, did knowingly possess firearms and ammunition, namely, a fourteen (14) auto sear selector switches, and two (2) rounds of ammunition, and the firearms and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
(Possession with Intent to Distribute Fentanyl)

On or about June 8, 2023, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**RUBEN DARIEL RODRIGUEZ VENTURA,**

knowingly and intentionally possessed with the intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## ATTACHMENT B

I, Joseph Shapiro, am a Special Agent with the Department of Homeland Security. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Since on or about June 1, 2023, law enforcement has been investigating a shipment of auto sear selector switches shipped from China to Ruben Dariel Rodriguez Ventura ("RODRIGUEZ VENTURA") at a residence in Paterson, New Jersey. Specifically, on or about June 1, 2023, law enforcement lawfully searched a package (the "Package") addressed to RODRIGUEZ VENTURA, which revealed that the Package contained approximately seven (7) auto sear selector switches ("Machineguns-1"), which render firearms capable of being fired in fully automatic mode. An auto sear selector switch meets the federal definition of a machinegun, as defined in Title 26, United States Code, Section 5845(b).

2. Pursuant to that investigation, law enforcement obtained a warrant to install a GPS tracking device inside the Package as well as a search warrant for a residence located on Mary Street in Paterson, New Jersey (the "Residence") to which the Package was addressed. On or about June 8, 2023, law enforcement conducted a controlled delivery of the Package and set up surveillance outside of the Residence. During that surveillance, law enforcement observed RODRIGUEZ VENTURA enter the Residence empty handed and then exit the Residence moments later carrying a shopping bag (the "Bag"). RODRIGUEZ VENTURA then entered the driver's seat of a vehicle, immediately after which law enforcement began approaching that vehicle. As law enforcement approached, RODRIGUEZ VENTURA immediately sped away and fled from law enforcement. Law enforcement gave chase and observed RODRIGUEZ VENTURA throw the Bag out of the driver's seat window of the vehicle he was driving. RODRIGUEZ VENTURA was stopped and apprehended by law enforcement shortly thereafter. Law enforcement then separately recovered the Package with Machineguns-1 from the building which the Residence was in.

3. Law enforcement recovered the Bag, which contained: approximately 8 flashlights to attach to firearms; approximately 9 brackets utilized to mount firearms; approximately 10 lasers to attach to firearms;

approximately 7 auto sear selector switches ("Machineguns-2," collectively with "Machineguns-1," the "Machineguns"); approximately 15 green pills of suspected ecstasy; approximately 80 blue pills marked "M30" of suspected fentanyl; and approximately 157 yellow pills marked with "E717 10/325" of suspected fentanyl.

4. After being advised of and waiving his *Miranda* rights, RODRIGUEZ VENTURA provided written consent for a search of the Residence. During a search of the Residence, law enforcement recovered: (1) 2 rounds of ammunition (the "Ammunition"), (2) a ziplock bag containing a blue power substance, (3) a small clear bag containing a blue powder substance, (4) approximately 41 pills of various color and size, (5) documents of identification bearing RODRIGUEZ VENTURA's name, (6) additional parcel packages, and (7) two cellular phones.

5. The Machineguns and the Ammunition were all manufactured outside the State of the New Jersey and thus necessarily traveled in interstate commerce prior to on or about June 8, 2023.

6. As of on or about June 8, 2023, RODRIGUEZ VENTURA had at least one prior felony conviction in the Superior Court of New Jersey, Passaic County, including a conviction on or about November 13, 2015, for unlawful possession of a handgun in violation of N.J.S.A. 2C:39-5B, which is an offense punishable by a term of imprisonment exceeding one year and for which RODRIGUEZ VENTURA was sentenced to a term of imprisonment of three years in state prison.